United States District Court
Southern District of Texas
**ENTERED**
November 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| MARIANA M. SANDOVAL, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 5:22-CV-23 |
| § | |
| KILOLO KIJAKAZI, *Acting* § | |
| *Commissioner of Social Security,* § | |
| § | |
| Defendant. | |

# FINAL JUDGMENT

Because the Court has granted Defendant's unopposed motion to reverse and remand, the Court **ENTERS** this final judgment. This case is **REVERSED** and **REMANDED** for further proceedings.

All relief not previously granted is hereby **DENIED**, and the Clerk of Court is **DIRECTED** to **CLOSE** this civil action.

It is so **ORDERED**.

**SIGNED** November 14, 2022.

Marina Garcia Marmolejo
United States District Judge